| | |
|---|---|
| 1 | Alan M. Laskin, State Bar No. 148858 |
|   | Bradley A. Schultz, State Bar No. 242512 |
| 2 | **LAW OFFICES OF ALAN M. LASKIN** |
|   | 1810 S Street |
| 3 | Sacramento, CA 95811 |
|   | Tel: (916) 329-9010 |
| 4 | Fax: (916) 442-0444 |
| 5 | |
| 6 | Attorneys for Plaintiff |
|   | **KATHRYN MARIE MAIER** |

UNITED STATES DISTRICT COURT FOR THE EASTERN

DISTRICT OF CALIFORNIA- SACRAMENTO

| KATHRYN MARIE MAIER, | Case No. 2:12-cv-00383-MCE-KJN |
|---|---|
| Plaintiff, | |
| vs. | **REQUEST FOR DISMISSAL**; **ORDER THEREON** |
| UNITED STATES POSTAL SERVICE; UNITED STATES OF AMERICA; and DOES 1 to 100, inclusive, | |
| Defendants. | |

**TO HONORABLE JUDGE ENGLAND:**

Please dismiss this action as follows:

[X] With prejudice.

[X] Entire action of parties and all causes of action.

[X] Each party to bear their own costs.

Dated: April 3, 2012                    LAW OFFICES OF ALAN M. LASKIN

                                        By:_____/s/_____
                                        Alan M. Laskin, Attorney for Plaintiff

///

///

## **ORDER**

Given Counsel's request, and in accordance with Federal Rule of Civil Procedure 41(a)(1), **IT IS HEREBY ORDERED** that this action be dismissed in its entirety. The Clerk of Court is directed to close the file.

**IT IS SO ORDERED.**

Dated: April 6, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE